### 585.  COTHRAN *v.* THE STATE.

HILL, C. J.  1. The credibility of the witnesses is exclusively a matter for the jury.

2. Although one witness for the State whose testimony supports the verdict may have been attacked by impeaching testimony, and several witnesses to the difficulty charged this one witness with being the actual perpetrator of the crime, yet the jury had the right to accept his testimony as the truth of the case; and this court will not disturb the verdict where no error of law was committed.     *Judgment affirmed.*

Indictment for assault with intent to murder, from Floyd superior court—Judge Wright.   May 24, 1907.

Submitted July 18,—Decided August 8, 1907.

*W. M. Henry,* for plaintiff in error.

*W. H. Ennis, solicitor-general,* contra.

---

### 590.  HALL *v.* THE STATE.

POWELL, J.  In order for this court to review a refusal to sanction an application for certiorari, the petition must be incorporated in the bill of exceptions or otherwise verified as a part thereof by the trial judge; an unsanctioned petition can not be specified as a part of the record. *Lenney* v. *Finley,* 118 *Ga.* 719, 45 S. E. 593; *Wood.* v. *Tattnall,* 115 *Ga.* 1000, 42 S. E. 403; *Tompkins* v. *Newnan,* 120 *Ga.* 173, 47 S. E. 557; *Anthony* v. *State,* 112 *Ga.* 751, 38 S. E. 79; *Evans* v. *Bloodworth,* 105 *Ga.* 835, 31 S. E. 778; *Central Ry. Co.* v. *Whitehead,* 105 *Ga.* 492, 30 S. E. 814, and cases cited.     *Writ of error dismissed.*

Certiorari, from Liberty superior court—Judge Seabrook.   May 22, 1907.

Submitted July 18,—Decided August 8, 1907.

*A. S. Way, Donald Fraser,* for plaintiff in error.

*N. J. Norman, solicitor-general,* contra.